**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

In re: VARGAS, ERIKA                        §    Case No. 09-20922
                                            §
                                            §
                                            §
Debtor(s)                                   §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that JOSEPH R. VOILAND, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Northern District of Illinois
219 S. Dearborn
Chicago, IL 60604

    Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 am on 11/04/2010 in Courtroom 250, United States Courthouse, Kane County Courthouse
100 S. Third Street
Geneva, IL 60134.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 08/27/2010            By: JOSEPH R. VOILAND
                                            Trustee

JOSEPH R. VOILAND
1625 WING ROAD
YORKVILLE, IL  60560
(630) 553-1951

**UST Form 101-7-NFR (9/1/2009)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| In re: VARGAS, ERIKA | § | Case No. 09-20922 |
| | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of*      $ 6,002.36

*and approved disbursements of*      $ 0.00

*leaving a balance on hand of* [1]      $ 6,002.36

Claims of secured creditors will be paid as follows:

*Claimant*              *Proposed Payment*
         N/A

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | | Fees | Expenses |
|---|---|---|---|
| Trustee | JOSEPH R. VOILAND | $ 1,350.24 | $ 73.46 |
| Attorney for trustee | Joseph R. Voiland | $ 522.50 | $ 5.54 |
| Appraiser | | $ | $ |
| Auctioneer | | $ | $ |
| Accountant | | $ | $ |
| Special Attorney for trustee | | $ | $ |
| Charges, | U.S. Bankruptcy Court | $ 250.00 | $ |
| Fees, | United States Trustee | $ | $ |
| Other | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

*Reason/Applicant*      *Fees*      *Expenses*

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (9/1/2009)**

*Attorney for debtor* _____ $_____ $_____
*Attorney for*        _____ $_____ $_____
*Accountant for*      _____ $_____ $_____
*Appraiser for*       _____ $_____ $_____
*Other*               _____ $_____ $_____

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | N/A | | |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 36,596.93 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 10.4 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Chase Bank USA, N.A. | $ 11,325.21 | $ 1,176.13 |
| 2 | American Express Bank, FSB | $ 4,029.12 | $ 418.43 |
| 3 | American Express Bank, FSB | $ 2,982.71 | $ 309.76 |
| 4 | AMERICAN INFOSOURCE LP AS AGENT FOR | $ 12,201.70 | $ 1,267.16 |
| 5 | Chase Bank USA,N.A | $ 714.05 | $ 74.15 |
| 6 | AMERICAN INFOSOURCE LP AS AGENT FOR | $ 5,344.14 | $ 554.99 |

**UST Form 101-7-NFR (9/1/2009)**

    Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent.

    Tardily filed general (unsecured) claims are as follows:

*Claim Number    Claimant                                Allowed Amt. of Claim    Proposed Payment*

        N/A

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

*Claim Number    Claimant                                Allowed Amt. of Claim    Proposed Payment*

        N/A

    The amount of surplus returned to the debtor after payment of all claims and interest is $0.00.

Prepared By:  /s/JOSEPH R. VOILAND  
                          Trustee

JOSEPH R. VOILAND  
1625 WING ROAD  
YORKVILLE, IL  60560  
(630) 553-1951

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (9/1/2009)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: kseldon               Page 1 of 2                Date Rcvd: Oct 04, 2010
Case: 09-20922                Form ID: pdf006             Total Noticed: 45

The following entities were noticed by first class mail on Oct 06, 2010.
db           +Erika Vargas,    603 Yellowstone Drive,    Elgin, IL 60123-2517
aty          +James Matthew Allen,    800 E. Northwest Highway,    Suite # 700,    Palatine, IL 60074-6513
aty          +Joseph R Voiland,    Joseph R. Voiland,    1625 Wing Road,    Yorkville, IL 60560-9263
tr           +Joseph Voiland,    Joseph R. Voiland,    1625 Wing Road,    Yorkville, IL 60560-9263
14024810      ARC Disposal Company,    PO Box 9001822,    Louisville, KY 40290-1822
14024812      AT&T in c/o Bureau of Collection,    PO Box 9001,    Minnetonka, MN 55345-9001
14024805     +American Express,    c/o Becket and Lee,    Po Box 3001,    Malvern, PA 19355-0701
14763470      American Express Bank, FSB,    POB 3001,    Malvern, PA 19355-0701
14024806      American Express Blue for Buss,    PO Box 725069,    Los Angeles, CA 90096-0001
14024807      American Express c/o NCO Finan,    PO Box 15773,    Saint Benedict, PA 15773
14024808      American Express c/o United Recover,    PO Box 722929,    Houston, TX 77272-2929
14024811     +Arrow Financial Services,    5996 W Touhy Ave,    Niles, IL 60714-4610
14024813      Best Buy in c/o Corporate Receivab,    PO Box 32995,    Phoenix, AZ 85064-2995
14024814      Best Buy in c/o HSBC Retail,    PO Box 4144,    Carol Stream, IL 60197-4144
14024815      BestLBuy in c/o NES,    29125 Solon Rd,    Solon, OH 44139-3442
14024816     +Bureau Of Collection R,    7575 Corporate Way,    Eden Prairie, MN 55344-2000
14024837    ++CHASE CARD SERVICES,    201 NORTH WALNUT STREET,    ATTN MARK PASCALE,    MAIL STOP DE1-1406,
               WILMINGTON DE 19801-2920
             (address filed with court: Washington Mutual,     PO Box  1093,    Northridge, CA 91328)
14024817     +Capital 1 Bank,    Attn: C/O TSYS Debt Management,    Po Box 5155,    Norcross, GA 30091-5155
14024818      Capital One in c/o NCO Fin.,    PO Box 61247 Frpy. 64,    Virginia Beach, VA 23462
14756920      Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
14869218     +Chase Bank USA,N.A,    c/o Creditors Bankruptcy Service,    P O Box 740933,    Dallas,Tx 75374-0933
14024819     +Chase in c/o Financial Asset,    Attention: Banktruptcy Department,    Po Box 451409,
               Atlanta, GA 31145-9409
14024820      Citibank,    PO box 209012,    Brooklyn, NY 11220-9012
14024821     +Citibankna,    1000 Technology Dr,    O Fallon, MO 63368-2239
14024822      Comar Properties, Inc,    2208 W 428 Prescott Dr,    Oak Brook, IL 60523
14024824     +Equivoice Communications,    PO Box 7300,    Algonquin, IL 60102-7300
14024825      Harris Bank,    PO Box 6290,    Carol Stream, IL 60197-6290
14024826      Honda in c/o,    Focus Receivables Managment,    PO Box 725069,    Atlanta, GA 31139-2069
14024827     +I C System Inc,    Po Box 64378,    Saint Paul, MN 55164-0378
14024828     +Joel Vargas,    237 David Lane,    Streamwood, IL 60107-1128
14024831     +Lke in the Hills Sanitary District,    515 Plum Street,    Lake In The Hills, IL 60156-3399
14024832      Nicor Gas in c/o CBCS,    PO Box 163250,    Columbus, OH 43216-3250
14024833      Pediatric Assoc in c/o IC Systems,    PO Box 64378,    Saint Paul, MN 55164-0378
14024834      Premier Plaza, LLC,    28 W 428 Prescott Dr,    Winfield, IL 60190
14024836     +US Cellular in c/o Account Recover,    3031 North 114th Street,    Milwaukee, WI 53222-4218
14172052     +Washington Mutual,    PO Box 9001123,    Louisville, KY 40290-1123

The following entities were noticed by electronic transmission on Oct 05, 2010.
14024809      E-mail/Text: ebnbankruptcy@ahm.honda.com                            American Honda Finance,
               Po Box 168088,    Irving, TX 75016
14960138      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 05 2010 01:21:28
               AMERICAN INFOSOURCE LP AS AGENT FOR,    AMERICAN HONDA FINANCE,    PO Box 248838,
               Oklahoma City, OK   73124-8838
14828191      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 05 2010 01:21:28
               AMERICAN INFOSOURCE LP AS AGENT FOR,    ASTA-VATIV,    PO Box 248838,
               Oklahoma City, OK   73124-8838
14024804     +E-mail/PDF: recoverybankruptcy@afninet.com Oct 05 2010 01:21:41     Afni, Inc,    404 Brock Dr,
               Bloomington, IL 61701-2654
15719617      E-mail/PDF: mrdiscen@discoverfinancial.com Oct 05 2010 01:22:18     Discover Bank,
               Dfs Services LLC,    PO Box 3025,    New Albany, OH  43054-3025
14024823     +E-mail/PDF: mrdiscen@discoverfinancial.com Oct 05 2010 01:22:18     Discover Financial,
               Attention: Bankruptcy Department,    Po Box 3025,    New Albany, OH 43054-3025
14024829      E-mail/PDF: cr-bankruptcy@kohls.com Oct 05 2010 01:22:01     Kohls,
               Attn: Merchants & Medical Credit,    6324 Taylor Dr,    Flint, MI 48507-4685
14024830     +E-mail/PDF: cr-bankruptcy@kohls.com Oct 05 2010 01:22:01     Kohls Collection Department,
               PO box 3084,    Milwaukee, WI 53201-3084
14024835      Fax: 866-419-3894 Oct 05 2010 01:00:27     US Cellular,    PO Box 0203,    Palatine, IL 60055-0203
                                                                                              TOTAL: 9

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14763471*      American Express Bank, FSB,    POB 3001,    Malvern, PA 19355-0701
                                                                                  TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0752-1          User: kseldon          Page 2 of 2          Date Rcvd: Oct 04, 2010
Case: 09-20922                Form ID: pdf006        Total Noticed: 45
```

          ***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 06, 2010**                    **Signature:**    *Joseph Speetjens*